Frank D. Mylar (5116)
MYLAR LAW, P.C.
2494 Bengal Blvd.
Salt Lake City, Utah 84121
Phone: (801) 858-0700
Fax: (801) 858-0701
Mylar-Law@comcast.net

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| Calzada et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Roy City et al.,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**<br><br>Case No. 1:16-cv-165<br><br>Judge David Nuffer |

Based upon the Parties' Stipulated Motion for Extension of Time to File Reply in Support

of Motion for Partial Judgment on the Pleadings[1] and for good cause appearing:

---

[1] Docket no. 32.

IT IS HEREBY ORDERED:

Defendants shall have until May 9, 2017 to file their Reply in Support of Motion for Partial

Judgment on the Pleadings.

Signed May 4, 2017.

BY THE COURT

David Nuffer
United States District Judge

Approved as to form:

*/s/ Melinda Hibbert    (with permission)*
Melinda Hibbert
Attorney for Plaintiffs