L. Miles LeBaron (#8982)
Melinda Checketts Hibbert (#0698)
LeBaron & Jensen, P.C.
1513 North Hill Field Rd, Suite 1
Layton, Utah 84041
Telephone: (801) 773-9488
Facsimile: (801) 773-9489

### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF UTAH NORTHERN DIVISION

| | |
|---|---|
| MARIA CALZADA and MANUELA ROSALES on behalf of the ESTATE OF JOSE CALZADA, <br><br> Plaintiffs, <br><br> v. <br><br> ROY CITY, et al., <br><br> Defendants. | NOTICE OF ISSUANCE OF SUBPOENA DUCES TECUM <br><br> Civil No. 1:16-CV-165 <br><br> Honorable David Nuffer |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. Pro. 45, Plaintiffs, by and through their counsel of record, will issue a Subpoena Duces Tecum (for production of documents) (the Subpoena), in connection with the above-captioned matter in the form of that attached hereto as Exhibit "A" to be served on February 13, 2019 on Boart Longyear who has agreed to accept service of the Subpoena via email at simon.cantarero@boartlongyear.com.

DATED this 13th day of February, 2019.

                 LeBaron & Jensen, P.C.
                 /s/ Melinda Checketts Hibbert
                 L. Miles LeBaron
                 Melinda Checketts Hibbert
                 Attorneys for Plaintiffs

## CERTIFICATE OF MAILING

I hereby certify that on February 13, 2019, I served a true and correct copy of the foregoing document **NOTICE OF ISSUANCE OF SUBPOENA DUCES TECUM (for production of documents)** using the court e-filling system to the following:

Frank D. Mylar
MYLAR LAW, P.C.
Mylar-law@comcast.net
2494 Bengal Blvd.
Salt Lake City, Utah 84121

DATED this 13th day of February, 2019.

/s/ JaNae Brooks

# EXHIBIT A

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| The Estate of Jose Calzada, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:16-CV-165 |
| Roy City, Weber County, et al. | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Boart Longyear

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Please see Attachment A.

| Place: Law Office of LeBaron & Jensen, P.C. 1513 N. Hill Field Rd., Ste 1, Layton, Utah 84041 | Date and Time: 02/25/2019 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/13/2019

*CLERK OF COURT*

_____     OR     /s/ Melinda C. Hibbert
*Signature of Clerk or Deputy Clerk*                      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff, The Estate of Jose Calzada, by its personal co-representatives , who issues or requests this subpoena, are:
Melinda Checketts Hibbert and L. Miles LeBaron of LeBaron & Jensen, P.C., 1513 N. Hill Field Rd., Ste 1, Layton, Utah 84041; melinda@lebaronjensen.com and miles@lebaronjensen.com; 801-773-9488

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:16-CV-165

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                          _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*

                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

(1) *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
    (i) is a party or a party's officer; or
    (ii) is commanded to attend a trial and would not incur substantial expense.

(2) *For Other Discovery.* A subpoena may command:
  (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*
  (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*
  (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    (i) fails to allow a reasonable time to comply;
    (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
    (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    (iv) subjects a person to undue burden.
  (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    (i) disclosing a trade secret or other confidential research, development, or commercial information; or
    (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*
  (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    (i) expressly make the claim; and
    (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# ATTACHMENT A

ATTACHMENT A

1. Please produce all documents and records relating to or referring to wages earned by Jose Calzada, DOB: 05/01/1979, SSN: 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 (hereinafter, Mr. Calzada) while employed by Boart Longyear Company or any of its affiliated companies (collectively, Boart Longyear) from the commencement of his employment with Boart Longyear in or about 2007 or 2008 through the termination of his employment with Boart Longyear on or about October 21, 2014, including, but not limited to pay checks, pay stubs, W-2 forms, bonuses, etc. (For your reference and convenience, a copy of 2013 and 2014 W-2 forms and a copy of a paystub from May 2013 issued by Boart Longyear to Mr. Calzada are attached.)

2. Please produce all documents and records relating to or referring to compensation or employee benefits, in addition to wages, received by Mr. Calzada at any time while he was employed by Boart Longyear or relating to or referring to compensation or employee benefit to which Mr. Calzada would have been entitled to receive upon retirement, including but not limited to documents relating to or referring to pension plans and future payments, retirement plans and future payments, health and or life insurance plans, etc.

3. Please produce all documents and records relating to, referring to and/or constituting job descriptions of positions held by Mr. Calzada while he was employed by Boart Longyear from the commencement of his employment through the termination of his employment with Boart Longyear on or about October 21, 2014, and all records relating to, referring to the dates that Mr. Calzada held each position while he was employed by Boart Longyear.

## PAGE 2

Safe, accurate, IRS e-file   Visit the IRS Web Site
FAST! Use                    at www.irs.gov/efile

**UT.State Reference Copy**
**W-2** Wage and Tax Statement **2013**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 006807 CHIC/LVP | 003120 | A | 309 |

c Employer's name, address, and ZIP code
BOART LONGYEAR
2640 WEST 1700 SOUTH
SALT LAKE CITY UT 84104

Batch #04218

e/f Employee's name, address, and ZIP code
JOSE M CALZADA
PO BOX 1459
WINNEMUCCA NV 89446

| b Employer's FED ID number 87-0503343 | a Employee's SSA number 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 |
|---|---|
| 1 Wages, tips, other comp. 77206.70 | 2 Federal income tax withheld 10197.08 |
| 3 Social security wages 79923.59 | 4 Social security tax withheld 4955.26 |
| 5 Medicare wages and tips 79923.59 | 6 Medicare tax withheld 1158.89 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D | 1963.22 |
| 14 Other | 12b AA | 145.74 |
| | 12c |
| | 12d |
| | 13 Stat emp | Ret. plan X | 3rd party sick pay |
| 15 State | Employer's state ID no. UT 11977489003WTH | 16 State wages, tips, etc. 58428.90 |
| 17 State income tax 2843.69 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

| 1 Wages, tips, other comp. 77206.70 | 2 Federal income tax withheld 10197.08 |
|---|---|
| 3 Social security wages 79923.59 | 4 Social security tax withheld 4955.26 |
| 5 Medicare wages and tips 79923.59 | 6 Medicare tax withheld 1158.89 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 006807 CHIC/LVP | 003120 | A | 309 |

c Employer's name, address, and ZIP code
BOART LONGYEAR
2640 WEST 1700 SOUTH
SALT LAKE CITY UT 84104

| b Employer's FED ID number 87-0503343 | a Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D | 1963.22 |
| 14 Other | 12b AA | 145.74 |
| | 12c |
| | 12d |
| | 13 Stat emp | Ret. plan X | 3rd party sick pay |

e/f Employee's name, address and ZIP code
JOSE M CALZADA
PO BOX 1459
WINNEMUCCA NV 89446

| 15 State | Employer's state ID no. UT 11977489003WTH | 16 State wages, tips, etc. 58428.90 |
|---|---|
| 17 State income tax 2843.69 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**UT.State Filing Copy**
**W-2** Wage and Tax Statement **2013**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

---

## 2013 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more det
The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2013 pay stub plus any adjustments submitted by your employ

| Gross Pay | 78246.96 | Social Security Tax Withheld Box 4 of W-2 | 4955.26 | UT. State Income Tax Box 17 of W-2 | 2843.69 |
|---|---|---|---|---|---|
| Fed. Income Tax Withheld Box 2 of W-2 | 10197.08 | Medicare Tax Withheld Box 6 of W-2 | 1158.89 | SUI/SDI Box 14 of W-2 | |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | UT. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|
| Gross Pay | 78,246.96 |
| Less Misc. Non Taxable Comp. | 14,420.00 |
| Less 401(k) (D-Box 12) | 1,963.22 |
| Less Medical FSA | 1,375.08 |
| Less Other Cafe 125 | 2,059.76 |
| Reported W-2 Wages | 58,428.90 |

Note - Fringe benefits include : Group Legal Service $110.49

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept

JOSE M CALZADA
PO BOX 1459
WINNEMUCCA NV 89446

Social Security Number: 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
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 3
STATE: 3

© 2013 ADP, INC.

INTENTIONALLY LEFT BLANK

CALZADA 000015

## 2014 W-2 and EARNINGS SUMMARY 

**PAGE 1**

Safe, accurate, FAST! Use IRS e-file. Visit the IRS Web Site at www.irs.gov/efile

**W-2 Employee Reference Copy Wage and Tax Statement 2014**
OMB No. 1545-0008

Copy C for employee's records.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 006807 CHIC/LVP | 003120 | T | 173 |

c Employer's name, address, and ZIP code
BOART LONGYEAR COMPANY
2640 WEST 1700 SOUTH
SALT LAKE CITY UT 84104

Batch #03574

e/f Employee's name, address, and ZIP code
JOSE M CALZADA
3779 W 5300 S
ROY UT 84067

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 87-0503343 | 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 |
| 1 Wages, tips, other comp. 48527.66 | 2 Federal income tax withheld 7462.66 |
| 3 Social security wages 49129.28 | 4 Social security tax withheld 3046.02 |
| 5 Medicare wages and tips 49129.28 | 6 Medicare tax withheld 712.37 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D\| 601.62 |
| 14 Other | 12b AA\| 291.16 |
| | 12c DD\| 8772.72 |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |
| 15 State Employer's state ID no. TOTAL STATE | 16 State wages, tips, etc. |
| 17 State income tax 1620.84 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2014 pay stub plus any adjustments submitted by your employer.

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 55433.80 | Social Security Tax Withheld Box 4 of W-2 | 3046.02 | UT. State Income Tax Box 17 of W-2 | 771.86 |
| Fed. Income Tax Withheld Box 2 of W-2 | 7462.66 | Medicare Tax Withheld Box 6 of W-2 | 712.37 | SUI/SDI Box 14 of W-2 | |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | UT. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 55,433.80 | 55,433.80 | 55,433.80 | 19,573.47 |
| Less Misc. Non Taxable Comp. | 3,375.00 | 3,375.00 | 3,375.00 | 630.00 |
| Less 401(k) (D-Box 12) | 601.62 | N/A | N/A | 411.73 |
| Less Other Cafe 125 | 2,929.52 | 2,929.52 | 2,929.52 | 1,357.09 |
| Reported W-2 Wages | 48,527.66 | 49,129.28 | 49,129.28 | 17,174.65 |

Note - Fringe benefits include : Group Legal Service $137.16

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

JOSE M CALZADA
3779 W 5300 S
ROY UT 84067

Social Security Number: 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
Taxable Marital Status: SINGLE

Exemptions/Allowances:
FEDERAL: 1
STATE: 1

© 2014 ADP, LLC

---

**Federal Filing Copy — W-2 Wage and Tax Statement 2014**

| 1 Wages, tips, other comp. 48527.66 | 2 Federal income tax withheld 7462.66 |
|---|---|
| 3 Social security wages 49129.28 | 4 Social security tax withheld 3046.02 |
| 5 Medicare wages and tips 49129.28 | 6 Medicare tax withheld 712.37 |
| d Control number 006807 CHIC/LVP Dept. 003120 Corp. T | Employer use only 173 |

c Employer's name, address, and ZIP code
BOART LONGYEAR COMPANY
2640 WEST 1700 SOUTH
SALT LAKE CITY UT 84104

| b Employer's FED ID number 87-0503343 | a Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a D\| 601.62 |
| 14 Other | 12b AA\| 291.16 |
| | 12c DD\| 8772.72 |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code
JOSE M CALZADA
3779 W 5300 S
ROY UT 84067

| 15 State Employer's state ID no. TOTAL STATE | 16 State wages, tips, etc. |
| 17 State income tax 1620.84 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

Copy B to be filed with employee's Federal Income Tax Return. OMB No. 1545-0008

---

**UT.State Reference Copy — W-2 Wage and Tax Statement 2014**

| 1 Wages, tips, other comp. 48527.66 | 2 Federal income tax withheld 7462.66 |
|---|---|
| 3 Social security wages 49129.28 | 4 Social security tax withheld 3046.02 |
| 5 Medicare wages and tips 49129.28 | 6 Medicare tax withheld 712.37 |
| d Control number 006807 CHIC/LVP Dept. 003120 Corp. T | Employer use only 173 |

c Employer's name, address, and ZIP code
BOART LONGYEAR COMPANY
2640 WEST 1700 SOUTH
SALT LAKE CITY UT 84104

| b Employer's FED ID number 87-0503343 | a Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a D\| 411.73 |
| 14 Other | 12b AA\| 200.21 |
| | 12c DD\| 8772.72 |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code
JOSE M CALZADA
3779 W 5300 S
ROY UT 84067

| 15 State Employer's state ID no. UT 11977489003WTH | 16 State wages, tips, etc. 17174.65 |
| 17 State income tax 771.86 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

Copy 2 to be filed with employee's State Income Tax Return. OMB No. 1545-0008

---

**UT.State Filing Copy — W-2 Wage and Tax Statement 2014**

| 1 Wages, tips, other comp. 48527.66 | 2 Federal income tax withheld 7462.66 |
|---|---|
| 3 Social security wages 49129.28 | 4 Social security tax withheld 3046.02 |
| 5 Medicare wages and tips 49129.28 | 6 Medicare tax withheld 712.37 |
| d Control number 006807 CHIC/LVP Dept. 003120 Corp. T | Employer use only 173 |

c Employer's name, address, and ZIP code
BOART LONGYEAR COMPANY
2640 WEST 1700 SOUTH
SALT LAKE CITY UT 84104

| b Employer's FED ID number 87-0503343 | a Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a D\| 411.73 |
| 14 Other | 12b AA\| 200.21 |
| | 12c DD\| 8772.72 |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
JOSE M CALZADA
3779 W 5300 S
ROY UT 84067

| 15 State Employer's state ID no. UT 11977489003WTH | 16 State wages, tips, etc. 17174.65 |
| 17 State income tax 771.86 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

OMB No. 1545-0008

CALZADA 000014

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| LVP | 006807 | 003120 | 320 | 0000200494 | 1 |

Page 1(Con't Next Page)    503-0001

BOART LONGYEAR
2640 WEST 1700 SOUTH
SALT LAKE CITY, UT 84104

# Earnings Statement

**ADP**

Period Beginning:  05/06/2013
Period Ending:     05/12/2013
Pay Date:          05/17/2013

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:  3
  UT:       3

00000000480
JOSE M CALZADA
3779 W 5300 S
ROY UT 84067

Social Security Number: XXX-XX-3347

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.5100 | 8.50 | 199.84 | 12,726.54 |
| Blend Ot 1.5 | | | | 10,597.47 |
| Float Holiday | | | | 181.28 |
| Hol Earn Cogs | | | | 543.84 |
| Nontxbl-Pdiem | | | | 4,560.00 |
| Product Bonus | | | | 807.56 |
| Shift | | | | 12.50 |
| Vac Earn Ofc | | | | 883.74 |
| **Gross Pay** | | | **$199.84** | 30,312.93 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -2.56 | 1,468.87 |
| | Medicare Tax | -0.60 | 343.53 |
| | Federal Income Tax | | 2,516.14 |
| | UT State Income Tax | | 983.56 |
| | **Other** | | |
| | Dental Pretax | -6.90* | 89.70 |
| | Medical Fsa | -63.46* | 825.04 |
| | Medical Pretax | -87.31* | 1,135.09 |
| | Met Life Legal | -3.81 | 72.39 |
| | Roth 401K | -2.00 | 2.00 |
| | Vision | -0.90* | 11.70 |
| | 401K Ded | -11.99* | 1,816.05 |
| | 401K Loan Paymt | -20.31 | 3,025.59 |
| | Ad&D Ins | | 118.13 |
| | Life Ins | | 80.98 |
| | Life Ins-Spouse | | 19.60 |

**Net Pay**    $0.00

* Excluded from federal taxable wages
  Your federal taxable wages this period are $29.28

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Dental Cost | 22.17 | 288.21 |
| Er Medical Cost | 204.19 | 2,654.53 |
| 401K Elig Earns | 199.84 | 25,752.93 |
| 401K Er Match | 6.00 | 683.38 |
| Vac Anniv. Date | | 10/22/2007 |
| Vacation Balnce | | 0.00 |

| Deductions in Arrears | Balance |
|---|---|
| Ad&D Ins | 16.95 |
| Dental Pretax | 2.30 |
| Er Dental Cost | 7.39 |
| Er Medical Cost | 68.07 |
| Er Vision Cost | 0.87 |
| Life Ins | 11.70 |
| Life Ins-Spouse | 2.80 |
| Medical Fsa | 21.16 |
| Medical Pretax | 29.11 |
| Vision | 0.30 |
| 401K Loan Paymt | 313.61 |

©1998, 2006. ADP, Inc. All Rights Reserved.

©2000 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

BOART LONGYEAR
2640 WEST 1700 SOUTH
SALT LAKE CITY, UT 84104

Advice number:  00000200494
Pay date:       05/17/2013

Deposited to the account of
JOSE M CALZADA

account number    transit ABA    amount

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

JPMorgan Chase Bank, N.A.

**NON-NEGOTIABLE**

CALZADA 000020

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING ENDORSEMENTS