L. MILES LEBARON (#8982)
MELINDA C. HIBBERT (#6098)
LEBARON & JENSEN, P.C.
1513 North Hill Field Rd., Ste. 1
Layton, Utah 84041
Telephone: 801-773-9488
Facsimile: 801-773-9489
miles@lebaronjensen.com
melinda@lebaronjensen.com
*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF UTAH

| | |
|---|---|
| **MARIA CALZADA and MANUELA ROSALES, on behalf of the ESTATE OF JOSE CALZADA;**<br><br>Plaintiffs,<br><br>vs.<br><br>**ROY CITY, et al.;**<br><br>Defendants. | **PLAINTIFFS' MOTION TO FILE UNDER SEAL EXHIBITS 2, 3, & 4 IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 1 : 16-cv-165<br><br>District Judge David Nuffer |

Pursuant to Utah Rule DUCivR 5-3 "Filing Documents Under Court Seal," Plaintiffs, by and through counsel, respectfully request that the attached exhibits previously designated by Defendants as "Confidential Attorney's Eyes Only" be filed under seal.

1

These exhibits constitute Exhibits 2, 3, and 4 of Plaintiffs' Appendix in support of their Opposition to Defendants' Motion for Summary Judgment. Plaintiffs further request that the Court augment Plaintiffs' Appendix by including these documents.

Plaintiffs will manually file Exhibits 2, 3, and 4 containing these allegedly confidential documents in a sealed envelope with the Clerk and will serve paper copies on opposing counsel in accordance with these rules.

Dated this 3rd day of July, 2019.

                                          **/s/ Melinda C. Hibbert**
                                          **L. Miles LeBaron**
                                          **Melinda C. Hibbert**
                                          **Attorneys for Plaintiff**

L. MILES LEBARON (#8982)
MELINDA C. HIBBERT (#6098)
LEBARON & JENSEN, P.C.
1513 North Hill Field Rd., Ste. 1
Layton, Utah 84041
Telephone: 801-773-9488
Facsimile: 801-773-9489
miles@lebaronjensen.com
melinda@lebaronjensen.com
*Attorneys for Plaintiff*

---

### IN THE UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF UTAH

---

| | |
|---|---|
| **MARIA CALZADA and MANUELA ROSALES, on behalf of the ESTATE OF JOSE CALZADA;**<br><br>Plaintiffs,<br><br>vs.<br><br>**ROY CITY, et al.;**<br><br>Defendants. | **ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL EXHIBITS 2, 3, & 4 IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**Case No. 1 : 16-cv-165**<br><br>**District Judge David Nuffer** |

---

Pursuant to Utah Rule DUCivR 5-3, Plaintiffs' Motion to File Under Seal Exhibits 2, 3, and 4 in Support of Plaintiffs' Memorandum In Opposition To Defendants' Motion For Summary Judgment is GRANTED.

Plaintiffs will manually file Exhibit 2, 3, and 4 with the Clerk.

1

**IT IS SO ORDERED.**

Signed and Dated this ___ day of July, 2019.

_____
**District Judge David Nuffer**