**L. Miles LeBaron (#8982)**
**Melinda Checketts Hibbert (#6098)**
**LEBARON & JENSEN, P.C.**
**476 West Heritage Park Blvd., Suite 230**
**Layton, Utah 84041**
**Telephone:(801) 773-9488**
**Facsimile:(801) 773-9489**
miles@lebaronjensen.com
melinda@lebaronjensen.com
*Attorneys to Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF UTAH NORTHERN DIVISION

| | |
|---|---|
| **MARIA CALZADA, et al.,** | **PLAINTIFFS' APPENDIX OF EXHIBITS IN SUPPORT OF PLANTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Plaintiffs, | |
| v. | |
| **ROY CITY, et al.,** | |
| Defendants. | Civil No. 1:16-CV-165 |
| | Honorable David Nuffer |

The following declarations and exhibits are relied on for Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment.

| Number | Document Description | Location |
|---|---|---|
| Exhibit 1 | Roy City Use of Force Policy | Defendants' Bates No. 2558-2564 |
| Exhibit 2 | Miles' Deposition Tr. (Miles Tr.) Taken November 6,2018 (Pages 12 through 43 of Exhibit 2 was designated by Defendants as "Confidential for Attorney's Eyes Only" and is redacted from this electronic filing and has been separately filed under seal) | Miles' Deposition Tr. |
| Exhibit 3 | Notice of Administrative Action, Ex. 20 to Miles Depo. Tr. (Entire Exhibit 3 was designated by Defendants as "Confidential for Attorney's Eyes Only" and is redacted from this electronic filing and has been separately filed under seal) | Miles Deposition Tr. Ex. 20 Defendants' Bates No. 1133- 1146 |

1

| Exhibit 4 | Notice of Reprimand, Ex. 18 to Miles' Depo. Tr. (Exhibit 4 was designated by Defendants as "Confidential for Attorney's Eyes Only" and is redacted from this electronic filing and has been separately filed under seal) | Miles Deposition Tr. Ex. 18 Defendants' Bates No. 1218-1219 |
|---|---|---|
| Exhibit 5 | SWAT Use of Force Policy | Defendants' Bates No. 1511-1527 |
| Exhibit 6 | Weber County Use of Force Policy | Defendants' Bates No. 1788-1794 |
| Exhibit 7 | Fulton's Deposition Tr. (Fulton Tr.) Taken December 13, 2018 | Fulton's Deposition Tr. |
| Exhibit 8 | Bates No. 000260 Audio | Dispatch Audio Recording |
| Exhibit 9 | Brooks Declaration Dated February 28, 2019 | |
| Exhibit 10 | CAD Call Ex. 3 to Pledger's Depo. Tr. | Pledger Deposition Ex. 3 |
| Exhibit 11 | Vanderwarf Report Ex.12 to Vanderwarf Depo. Tr. | Vanderwarf Depo. Tr. Ex. 12 Defendants' Bates No. 0159 - 0161 |
| Exhibit 12 | Fusselman Deposition Tr. (Fusselman Tr.) Taken January 14, 2019 | Fusselman's Deposition Tr. |
| Exhibit 13 | Miles' Report Ex. 22 to Miles' Depo. Tr. | Miles' Depo. Tr. Ex. 22 Defendants' Bates No. 0140 - 0145 |
| Exhibit 14 | Rob Carpenter's Interview with John Beck Ex. 42 to Carpenter's Depo. Tr. | Carpenter's Depo Tr. Ex 42 Defendants' Bates No. 3289 - 3312 |
| Exhibit 15 | Beck's Deposition Tr. (Beck Tr.) Taken January 14, 2019 | Beck's Deposition Tr. |
| Exhibit 16 | Butler's Deposition Tr. (Butler Tr.) Taken November 7, 2018 | Butler's Deposition Tr. |
| Exhibit 17 | Defendants' Initial Disclosures | Defendants' Initial Disclosures |
| Exhibit 18 | Declaration of Maria Calzada in Support for Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment | |
| Exhibit 19 | Fulton's Report Ex. 40 to Fulton's Depo. Tr. | Fulton's Depo. Tr. Ex. 40 Defendants' Bates No. 0146 - 0147 |
| Exhibit 20 | Perez's Deposition Tr. (Perez Tr.) Taken December 10, 2018 | Perez's Deposition Tr. |
| Exhibit 21 | Ex. 17 to Vanderwarf's Depo. Tr. | Vanderwarf's Depo. Tr. Ex. 17 Defendants' Bates No. 0442 |
| Exhibit 22 | Ex. 30 to Butler's Depo. Tr. | Butler's Depo. Tr. Ex. 30 Defendants' Bates No. 0452 |
| Exhibit 23 | Declaration of Earl Morris | |
| Exhibit 24 | Truscott's Depo. Tr. (Truscott Tr.) Taken December 5, 2018 | Truscott's Depo. Tr. |
| Exhibit 25 | Pledger's Depo. Tr. (Pledger Tr.) Taken November 5, 2018 | Pledger's Depo. Tr. |
| Exhibit 26 | Mackley's Depo. Tr (Mackley Tr.) Taken December 6, 2018 | Mackley's Depo. Tr |